IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TELLY JABAR HILL,
    Plaintiff,

v.                                  Case No. 3:11cv300/MCR/CJK

DAVID MORGAN,
    Defendant.

## REPORT AND RECOMMENDATION

    This cause is before the Court upon referral from the Clerk. On July 28, 2011, the Court entered an order (doc. 6) granting plaintiff's motion to proceed *in forma pauperis* and assessing an initial partial filing fee of $28.56. Plaintiff was provided thirty days in which to pay the initial partial filing fee, and warned that failure to do so would result in dismissal of this case. To date, plaintiff has not paid the initial partial filing fee, and has not responded to the Court's December 2, 2011 order (doc. 10) requiring him to show cause why this case should not be dismissed.

    Accordingly, it is respectfully RECOMMENDED:

    1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 9th day of January, 2012.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

<u>NOTICE TO THE PARTIES</u>

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *Se*e 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).