IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TELLY JABAR HILL,
    Plaintiff,

vs.                                    Case No. 3:11cv300/MCR/CJK

DAVID MORGAN,
    Defendant.
_____

O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 1, 2012 (doc. 11). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. The court finds that Recommendation is due to be adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

    3.    The clerk is directed to close the file.

    DONE AND ORDERED this 10th day of February, 2012.

                                    *M. Casey Rodgers*
                                    M. CASEY RODGERS
                                    CHIEF UNITED STATES DISTRICT JUDGE